**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02687-BNB

ERIC MARSHALL,

    Plaintiff,

v.

KEVIN MILYARD, Warden,
MICHAEL NEGLEY, Captain
TWEETEN, Lieutenant,
JOHN DOE, MORKERT, Lieutenant,
BELCHER, Sergeant,
JOHN CHAPDELINE, Associate Warden,
ARISTEDES ZAVARAS, Executive Director, and
LLOYD WAIDE, Major,

    Defendants.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Pursuant to the Court's November 17, 2009, Order, Mr. Marshall is required either to make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or to show cause why he has no assets and no means by which to make each monthly payment. To show cause Mr. Marshall is required to submit a certified copy of his trust fund account statement. Mr. Marshall should **not** file a Motion to File Without Payment of Filing Fee form along with the certified copy of his account statement each month. Moreover, the form is inappropriate because it is not a Court-approved form that is used in this Court. Therefore, Document No. 7 is DENIED as unnecessary. Document Nos. 4 and 5 also are DENIED as unnecessary.

Dated: December 14, 2009