IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02687-PAB-BNB

ERIC MARSHALL,

Plaintiff,

v.

KEVIN MILYARD, Warden,
MICHAEL NEGLEY, Captain,
TWEETEN, Lieutenant,
JOHN DOE, MORKERT, Lieutenant,
BELCHER, Sergeant,
JOHN CHAPDELINE, Associate Warden,
ARISTEDES W. ZAVARAS, Executive Director, and
LLOYD WAIDE, Major,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion: Change of Address** [Doc. #66, filed 11/04/2010] (the "Motion").  The Motion is DENIED.

The plaintiff was formerly incarcerated by the Colorado Department of Corrections.  He states that he has been released from prison and has "only an e-mail address at this time."  He requests that he be permitted to communicate with the court solely by email.

The plaintiff has not sought nor received authorization to proceed using electronic filing pursuant to D.C.COLO.LCivR 5.6.  Therefore, he may not communicate with the court by electronic means.

IT IS ORDERED:

(1)     The Motion [Doc. # 66] is DENIED;

(2)     The Clerk of the Court is directed to provide to the plaintiff instructions on how to apply for permission to file electronically and to access and use the court's electronic filing system; and

(3)     The Clerk of the Court is directed to provide to the plaintiff a copy of this order and a copy of my recommendation that this action be dismissed [Doc. #70].

Dated December 2, 2010.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge