IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02687-PAB-BNB

ERIC MARSHALL,

Plaintiff,

v.

KEVIN MILYARD, Warden,
MICHAEL NEGLEY, Captain,
TWEETEN, Lieutenant,
JOHN DOE, MORKERT, Lieutenant,
BELCHER, Sergeant,
JOHN CHAPDELINE, Associate Warden,
ARISTEDES W. ZAVARAS, Executive Director, and
LLOYD WAIDE, Major,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion: Change of Address** [Doc. #79, filed 02/08/2011] (the "Motion"). The Motion is DENIED.

The plaintiff requests that he be permitted to communicate with the court solely by email. This case was dismissed on January 24, 2011. Accordingly,

IT IS ORDERED:

(1)     The Motion is DENIED; and

(2)     The Clerk of the Court is directed to provide to the plaintiff (a) a copy of this order; and (b) a copy of the district judge's order dismissing this action [Doc. #75].

Dated February 16, 2011.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge